# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC TORRES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-5162 |
| | : | |
| **DISTRICT ATTORNEY OF** | : | |
| **PHILADELPHIA COUNTY,** *et al.* | : | |

## ORDER

**AND NOW**, this 13th day of June 2025, upon independent consideration of the amended petition for writ of habeas corpus (DI 6), respondents' response to the petition (DI 16), after review of Judge Hey's Report and Recommendation (DI 20), petitioner's objections (DI 23), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 20) is **APPROVED** and **ADOPTED**.

2. We **OVERRULE** the petitioner's objections (DI 23).

3. The amended petition for writ of habeas corpus (DI 6) is **DENIED** and **DISMISSED** with prejudice.

4. There is no basis to issue a certificate of appealability.

5. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**